# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SUTTON, | Case No. 2:25-cv-02103-GMN-DJA |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN, et al., | |
| Respondents. | |

Petitioner Kevin Sutton, a *pro se* litigant, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an Application for Leave to Proceed *In Forma Pauperis* ("IFP"). He submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254, but he did not pay the $5 filing fee or submit an IFP Application.

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Sutton will have 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP Application.

**IT IS THEREFORE ORDERED:**

1. The initial screening of Petitioner Kevin Sutton's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

2. The Clerk of Court is kindly directed to send Petitioner a blank form IFP Application for incarcerated litigants along with *two* copies of this order.

3. **Within 45 days of the date of this order**, Petitioner must file an IFP Application. Alternatively, Petitioner must pay the $5 filing fee within 45 days.

4. Petitioner's failure to comply with this order within 45 days by (a) submitting a complete IFP Application, or (b) paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED: November 5, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE